UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MICAH 6:8 MISSION ET AL** | **CASE NO. 2:25-CV-00158** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RAIN CII CARBON L L C** | **MAGISTRATE JUDGE LEBLANC** |

## NOTICE OF MOTION SETTING

    Please take notice that the Motion to Dismiss for Lack of Jurisdiction (Document No. 30) filed by Rain CII Carbon LLC on November 12, 2025 has been referred to the Honorable James D. Cain, Jr. for consideration on or after the next regular motion date, which is December 31, 2025. The motion date is used by the Court for tracking purposes and does not guarantee the motion will be considered on this date. A written ruling will be issued in due course.

### Deadlines

    Any party who opposes the motion may file a memorandum in opposition within twenty-one (21) days after service of the motion. See LR 7.5. The movant may file a reply within seven (7) days after the memorandum in opposition is filed. Reply memoranda are limited to 7 pages. Leave of court will be required to file any additional briefs. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

    It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Not Required

    The parties are relieved of their obligation under LR 7.1 to provide chambers with courtesy copy of the briefs and any attachments filed in connection with this motion.

**DATE OF NOTICE: November 12, 2025**

                                                  Daniel J. McCoy
                                                  Clerk of Court